FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2012 OCT 17  PM 1:01

_____ Division

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

CASE NUMBER: 3:12-CV-1133-J-20 TEM
(To be supplied by Clerk's Office)

_____

Eddie Troy Williams, DC Nu: 8897394
(Enter full name of each Plaintiff and
prison number, if applicable)

v.

Captain Richardo _____ Officer Sanchez

Lieutenant Curtis _____ Officer John Doe

Sergeant Mackamore _____ Officer Bell

Sergeant Jenkins aka Sgt.Bull, Officer Carver
(Enter full name of each Defendant.      Nurse Gaskin aka Lilbit
If additional space is required, use the  Nurse Grooms
blank area directly to the right).
_____ /

Defendent(s) Etal.
Are sued in their
in their individual
capacities and
malicious conduct. (B)
Defendent(s) are sued
individual capacities
individually. (C) Plaintiff
seeks compensatory and
punitive damages 'as
relief. (D) Request
Trial by Jury.!.

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: Suwannee Correctional Institution
(Indicate the name and location)
5964 U.S. HWY 90, Live Oak, Florida. 32060

II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is
required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
administrative grievance process was not completed prior to filing this lawsuit may be subject
to dismissal.**

III.  PREVIOUS LAWSUITS:

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( ) No ( ✓ )

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No ( ✓ )

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1.   Parties to previous lawsuit:

        Plaintiff(s): _____

        _____

        Defendant(s): _____

        _____

    2.   Court (if federal court, name the district; if state court, name the county):

        _____

    3.   Docket Number: _____

    4.   Name of judge: _____

    5.   Briefly describe the facts and basis of the lawsuit:_____

        _____

        _____

    6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

        _____

        _____

    7.   Approximate filing date: _____

    8.   Approximate disposition date: _____

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV.   **PARTIES:** In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: Eddie Troy Williams, DC Nu # B-897394

Mailing address: Suwannee Correctional Institution

5964 US HWY 90, Live Oak, Florida. 32060

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: Lieutenant Curtis

Mailing Address: UNION CORRECTIONAL INSTITUTION

7819 N.W. 228th STREET, Raiford, Florida. 32026-4000

Position: Lieutenant

Employed at: UNION CORR. INST.

D.   Defendant: Sergeant Malcmore

Mailing Address: UNION CORRECTIONAL INSTITUTION

7819 N.W. 228th STREET, Raiford, Florida. 32026-4000

Position: Sergeant

Employed at: UNION CORR. INST.

E.  Defendant: Sergeant Jenkins, aka Sgt. Bull

Mailing Address: UNION CORRECTIONAL INSTITUTION

7819 N.W. 228th STREET, Raiford, Florida. 32026-4000

Position: Sergeant

Employed at: UNION CORR. INST.

F.  Defendant: OFFICER Bell

Mailing Address: UNION CORRECTIONAL INSTITUTION

7819 N.W. 228th STREET, Raiford, Florida. 32026-4000

Position: C/O

Employed at: UNION CORR. INST.

G.  Defendant: OFFICER Sanchez

Mailing Address: UNION CORRECTIONAL INSTITUTION

7819 N.W. 228th STREET, Raiford, Florida. 32026-4000

Position: C/O

Employed at: UNION CORR. INST.

H.  Defendant: OFFICER Carver

Mailing Address: UNION CORRECTIONAL INSTITUTION

7819 N.W. 228th STREET, Raiford, Florida. 32026-4000

Position: C/O

I. Defendant: Captain Richardo
   Mailing Address: UNION CORRECTIONAL INSTITUTION
   7819 NW 228th STREET, Raiford, FLORIDA. 32026-4000
   Position: Captain
   Employed at: UNION CORR. INST.


J. Defendant: OFFICER JOHN DOE
   Mailing Address: UNION CORRECTIONAL INSTITUTION
   7819 NW 228th STREET, Raiford, FLORIDA. 32026-4000
   Position: C/O.
   Employed at: UNION CORR. INST.


K. Defendant: NURSE Gaskins, aka Lil bit
   Mailing Address: UNION CORRECTIONAL INSTITUTION
   7819 NW 228th STREET, Raiford, FLORIDA. 32026-4000
   Position: LPN, Nurse
   Employed at: UNION CORR. INST.


L. Defendant: NURSE GROOMS
   Mailing Address: UNION CORRECTIONAL INSTITUTION
   7819 NW 228th STREET, Raiford, FLORIDA. 32026-4000
   Position: LPN, Nurse
   Employed at: UNION CORR. INST.


4 (A)

V.   STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Sergeant Maclamore Violated Plaintiff 1st, 8th and 14th Constitutional rights of Plaintiff under 775.803-4, 944.35 and 768.28 Florida Statute. And Violated F.D.O.C. own rules. See Chapter 33-208.002 (8) F.A.C. Chapter 33-208.003 (24), F.A.C, Chapter 33-602.210 1(a), 2.(c)(d) and Chapter 33-602.210 1(b) F.A.C.

VI.   STATEMENT OF FACTS: State as briefly as possible the FACTS of your case.  Describe how each defendant was involved.  **Do not make any legal arguments or cite any cases or statutes.**  State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

Upon information and belief defendent(s) are Correctional Officials and nurse(s) at Union Correctional Institution. Where Plaintiff was transferred from Suwannee C.I. too to be Placed in a Crisis Stabilization and Transitional Care Unit Program inpatient setting. To receive treatment for multiple mental illness, and, was placed after his discharged under a 90 day Observation mental health hold february 10, 2012. On april 26, 2012 approx. 2pm or,

Sergeant Jenkins, aka Sgt. Bull Violated Plaintiff 1st., 8th., and 14th., Constitutional rights of Plaintiff and Committed assault and battery under state law against the Plaintiff under 775.803-4, 944.35 and 768.28 Florida Statue. And Violated F.D.O.C. own rules See Chapter 33-208.002 (8) F.A.C. Chapter 33-208.003 (24) F.A.C., Chapter 33-602.210 1(a),2 (c)(d) and Chapter 33-602.210 (6) F.A.C...

(1). The actions of defendent Sergeant Maclamore in assaulting the Plaintiff was without need or provocation or Justification While the Plaintiff was restrained was done with Maliciously and Sadistically an intent to injuried Plaintiff and cause harm and constituted cruel and unusual Punishment in Violation of the 8th amend. to the U.S. Constitution and 1st and Part 14th. amend.

(2). Lieutenant Curtis Violated Plaintiff 1st., 8th., and Part of 14th Constitution by failing to intervene in the misconduct of Sergeant Maclamore malicious and Sadistic to stop his intent to cause Serious harm to the Plaintiff. Which Violated 944.35, 768.28 F.S. and F.D.O.C. F.A.C. Chapter 33-208.002(8) <u>act of bad faith gross negligence to Prevent or Stop his sergeant from assaulting the Plaintiff under color of State law on april 26, 2012" which also Violated F.D.O.C. F.A.C. Chapter 33-208.003 (24)</u>...

(3) Officer Bell Violated Plaintiff 1st., 8th., and Part of 14th Constitution by failing to intervene in the misconduct of (his Sergeant) Sergeant Maclamore malicious and Sadistic intent to cause Serious harm to the Plaintiff. Which Violated 944.35, 768.28 F.S. and F.D.O.C. F.A.C. Chapter 33-208.002(8), and Chapter 33-208.003 (24). <u>act of bad faith gross negligence to Prevent or Stop his Sergeant from assaulting the Plaintiff under Color of State law on april 26, 2012"</u>...

(4). Officer Carver Violated Plaintiff 1st., 8th., and Part of 14th Constitution by failing to intervene in the misconduct of (his Sergeant) Sergeant Maclamore malicious and Sadistic intent to cause Serious harm to the Plaintiff. Which Violated 944.35, 768.28 F.S. and F.D.O.C. F.A.C. Chapter 33-208.00(8), and Chapter 33-208.003 (24). <u>act of bad faith gross negligence to Prevent or Stop his Sergeant from assaulting the Plaintiff under Color of State law on april 26, 2012"</u>...

(5). Nurse Gaskins, aka Li'l bit action in authorizing a unlawful approval in favor of Security- ["Inspite of the Plaintiff medical Condition and not calling for the mental health doctor for his approval. As it clearly state in F.D.O.C. Chapter 33-404.108 (2) F.A.C. Due to the Plaintiff is a PSYH grade III and was under a 90 day mental health hold"]- To have Plaintiff Sprayed with Chemical agents Without her being presence with the officials in case of emergency-(the dorm Cameras Will show) as required by F.D.O.C. Policy. Was done with a maliciously and Sadistically intent to cause the Plaintiff great bodily harm on 4/26/2012. Knowingly the Plaintiff Suffer with asthma and have serious difficulty breathing. Act in bad faith gross negligence in violation of Plaintiff 1st., 8th., and 14th., Constitution. In Violation of 944.35 F.S., 768.28 F.S., F.D.O.C. Chapter 33-404.108(a) F.A.C. and Chapter 33-208.002 (8) F.A.C. rule.

(6). Captain Richards actions of bad faith gross negligence is in Violation of Plaintiff 1st., 8th., and 14th. U.S. Constitution, and, in violation of deliberately medical indifference for failing to provide medical assistance for the Plaintiff injuried arm. Before he ordered the Plaintiff to be gassed. In violation of 944.35 768.28 F.S. and F.D.O.C. Chapter 33-208.002 (8) F.A.C. rule.

(7). Officer Sanchez violated Plaintiff 1st., 8th., and 14th Constitution to the U.S. Constitutions and committed assault and battery under 775.803-4. In using Physical force against Plaintiff without need or Provocation or Justification on 4/27/2012. While Plaintiff was fully restrained was done maliciously and Sadistically with an intent to injury the Plaintiff and cause harm and Constitute Cruel and unusal Punishment in violation of 8th amendment to the U.S. Constitution and 1st., and Part 14th.

(8). Officer John Doe violated Plaintiff 1st., 8th., and 14th Constitution to the U.S. Constitutions and committed assault and battery under 775.803-4. In using Physical force against Plaintiff Without need or Provocation or Justification on 4/27/2012. While Plaintiff was fully restrained was done maliciously and Sadistically with an intent to injury the Plaintiff and cause harm and Constitute Cruel and unusal Punishment in violation of 8th amendment to the U.S. Constitution and 1st., and Part 14th.

9). Sergeant Jenkins, aka Sgt. Bull Violated Plaintiff 1st., 8th and 14th Constitution to the U.S. Constitutions and Committed assault and battery Under 775.803-4. In Using Physical force against Plaintiff without need or Provocation or Justification. While Plaintiff was fully restrained was done maliciously and Sadistically With an intent to injury the Plaintiff and Cause harm and Constitute Cruel and Unusual Punishment in Violation of 8th amendment to the U.S. Constitution, & 1st and Part 14th...

(10). Officer Bell Violated Plaintiff 1st., 8th and 14th Constitution to the U.S. Constitutions and Committed assault and battery Under 775.803-4. In Using Physical force against Plaintiff without need or Provocation or Justification. While Plaintiff was fully restrained was done maliciously and Sadistically With an intent to injury the Plaintiff and Cause harm and Constitute Cruel and Unusual Punishment in Violation of 8th amendment to the U.S. Constitution, & 1st and Part 14th...

(11) Lieutenant Curtis Violated Plaintiff 1st, 8th and Part of 14th Constitution by failing to intervene in the misconduct of his Sergeant and Officers on April 27, 2012 in a-dormitory holding cell. By carrying out his Sergeant and officers malicious and Sadistic misconduct ▬▬ith intent to cause harm ▬▬ to Plaintiff. Which Violated 944.35, 768.28 F.S. and F.D.O.C. Rule Under Chapter 33-208.002 (8) ▬▬ <u>act in bad faith gross negligence to Prevent or stop his sergeant and officers from assaulting Plaintiff Under Color of state Law.</u>"...

(12). Lieutenant Curtis is a liability for his Sergeants and officers misconduct and retaliations that was all Carried out under his Supervision against the Plaintiff. ▬Lieutenant Curtis was fully aware that the Plaintiff life and safety was in danger and failed to take Course of actions to Prevent or stop such attacks on the Plaintiff by those officials. Lieutenant Curtis is just as guilty as his Sergeants and officers that Violated the Plaintiff rights.. Thats secured by the Constitution and Laws, and, is being Sued in his liability for failing to curb the Problems after he was aware of the situation in a-dormitory and the roadway inside of U.C.I. Prison...

(13). Nurse Grooms actions of bad faith gross negligence is in Violation of Plaintiff 1st., 8th., and 14th U.S. Constitution. and. in Violation of deliberately medical indifference for failing to Properly treat Plaintiff. allowing those officials to escort Plaintiff back to his cell. and. not alarming the doctor on duty. Is in Violation of 944.35, 768.28 F.S. and F.D.O.C. Chapter 33-208.002 (8) F.A.C. rule.

(14). Sergeant Maclamore, Sergeant Jenkins aka Sgt. Bull, Officer Sanchez, Officer Bell and officer John Doe used Unnecessary excessive Physical force against the Plaintiff Without need or Provocation or Justification While fully restrained in handcuffs, black box behind the back, waist Chained and shakles., Was done With maliciously and Sadistically and intented to injury the Plaintiff and Cause harm with an evil motive. That Constituted cruel and Unusal Punishment in Violation of the 8th amendment to the U.S. Constitution and 1st and Part 14th Constitutions. Sergeant Maclamore, Sergeant Jenkins aka Sgt. Bull, Officer Sanchez, officer Bell and officer John Doe used Unnecessary Excessive Physical force against the Plaintiff Without need or Provocation or Justification Constituted the torts of assault and battery Under 775.803-4 Fla. Statute and Violated F.D.O.C. rules. See Chapter 33-208.002 (8) F.A.C., Chapter 33-208.003 (24) F.A.C., Chapter 33-602.210 1 (a) 2 (c)(d) F.A.C. and Chapter 33-602.210 (6) F.A.C., and, wrote falsified reports to cover up their misconduct. Which Violated Chapter 33-208.002 (19) Policy and I want the video tapes to be Preserved for Physical evidence accordance with Chapter 33-601.304 (F) F.A.C. and Chapter 33-602.033 (4)(10)(12) Sections F.A.C.

5 (d)

2:30 P.M. to the best of Plaintiff Knowledge. Plaintiff was woken by officer Bell to pack. up all of his Personal Property, Bedlinen, Take off all of his clothes except his boxershorts, Put all of his Personal Property, Bedlinen and Clothes on top of his matress. Because he was being Placed on 72 hour Property restriction due to officer Hall finding a torn T-Shirt in his cell (02-226-S) at 9:30 AM. While Visiting with his mental health doctor, and, to be ready when he comes back with officer carver to remove the Plaintiff out of his cell. Before officer Bell left, the Plaintiff Stated to officer Bell that, "It was impossible for officer Hall to find a torn T-Shirt in my cell". "When the only T-Shirt I'm required to have in my cell here in O-dormitory is on my back". "Why wasn't I placed on 72 hour Property restriction after I returned back to my cell from Visiting with my mental health doctor this morning". "If, officer Hall found a torn T-Shirt in my cell". "He was standing on the Wing when Sgt. Maclamore escorted me back to my cell and said nothing". Officer Bell then stated to the Plaintiff he didn't know why but you should've. I think it's about a grievance you wrote on Sgt. Jenkins (aka Sgt. Bull),

VII.   RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

The Plaintiff Want to be Compensated One million and

Officer Kelly and Officer Brock I over heard this mentioning some batteries out of your cell while you were participating in out door recreation. ON april 26, 2012 Under Lieutenant Supervision. The wing Camera's will show the Plaintiff (cooperating) being handcuffed from the Chow flap of his Cell door to be escorted out of his Cell, by Officer Bell and Officer Carver. (To remove all Plaintiff Personal Property, Clothes, bedlinen, matress, Pillow and conduct a thorough search of his Cell.) The wing Camera's will show Sergeant Maclamore enter the Plaintiff Cell behind him without reason., While Lieutenant Curtis, Officer Bell and Officer Carver stood in the hallway and watched Sergeant Maclamore repeatedly slapped the Plaintiff in his face, threw the Plaintiff against the wall of his Cell., While the Plaintiff was still restrained from behind in handcuffs., Causing the Plaintiff to injuried his left arm badly bleeding, and, existing out of the Plaintiff cell denying him medical treatment. The wing Camera's will show Sergeant Maclamore back at the Plaintiff cell door minutes after he left the Plaintiff cell door looking in mocking him, while the Plaintiff asking him to Please called for o-dormitory assign nurse (Nurse Gaskin aka Lil bit) to examine his arm. ___ Moments later the wing Camera's will show Captain Richardo at the Plaintiff cell door talking with the Plaintiff about his arm and failed to have the Plaintiff seen by the nurse. Moments afterwards, The wing Camera's will show Lieutenant Curtis at the Plaintiff cell door talking with him about his medical condition (and mental health Condition) and stated to the Plaintiff that; " Just hold on I'll be right back"."I'm gone Cure your asthma"."So you won't have a medical condition anymore". ___ "Without allowing the Plaintiff to receive medical treatment for his bleeding injuried arm." Later afterwards, Captain Richardo ordered the Plaintiff to be Chemical Sprayed with chemical agents with out Nurse Gaskin (aka Lil bit) being there in case of an emergency. Afterwards the Plaintiff was escorted to the U.C.A. medical infirmary to be treated for his injuried arm and to talked with mental health Counselors. The Plaintiff was told by the mental health Counselors that he declared a Psychological emergency when he did not. and, Still was omitted in a SHOS Cell over night. ___ ON april 27, 2012 out of retaliation. The Camera's will show Plaintiff being escorted by Officer Sanchez out of T- mental health dormitory building Physically find. (Except for his

Left arm only being injured (Documentary Before 20/By 1 Sergeant Meadmore) –
After Officer Sanchez and the Plaintiff reaches the gate by the
canteen to meet with O-dormitory Officials to take the Plaintiff from
there back to O-dormitory. The Plaintiff over heard Lieutenant Curtis
Stated to Sergeant Jenkins (aka Sgt. Bull). "Thats between him and
the State". "Me and my Captain won't business taken care of
today". "Take Officer Sanchez with Y'all and handle that." While
the Plaintiff was walking in full body restraints-(handcuffed
behind the back with a black box attached)- escorted by
Officer Sanchez, Officer C.O. John Doe, Sergeant Jenkins (aka Sgt. Bull)
and Officer Bell. (In which the Plaintiff imposed NO threat to
those four Officials) When the Plaintiff was turning left in the
direction of O-dormitory. All Of a Sudden the Plaintiff was
Slammed face downward by those officials to the Pavement road,
( His head was repeatedly Slammed on the Pavement road. Where
the Plaintiff Substained a blown out fracture to his left eye,
a lost Precentage of vision in his left eye and now have to
wear eye glasses. and other Serious injuries in his face and
head he Substained. Where now he suffer from dizziness,
blurring vision, and Migraine headaches he never Suffered from
before).- Mase directly in his eyes, Repeatedly hit in the face and
head with their Communication radio's and Mase can., Punched
and Kicked in the face, Ribs and Step on in his Chest. There was
No audio Camera Called for as it states Clearly in F.D.O.C. Policy
Rules and Regulations F.A.C. Illegally. Next, the Plaintiff was
Picked uP and was forced to walk from that scene to
O-dormitory. (Where the yard Camera Will Show and inside
O-dormitory Camera's Will Show) **Where** he was thrown into
a holding cell **bleeding,** both eyes shut, nose broke etc; and
repeatedly beaten again. When those officials was done beating
the Plaintiff in the Presence of Lieutenant Curtis a audio Camera
was Called and, the Plaintiff was Picked up, forced to walk to
the Shower. Where he was Slipping in and out of Conscious
falling Several times on the Shower floor. ( A Correction error from
the Plaintiff grievance Complaint. (Ms.) Nurse Grooms was on Shift
that day of April 27th 2012. That saw the Plaintiff. Not nurse Gaskin,
aka lil bit)- The Plaintiff was next escorted from the Shower to be
seen by nurse Grooms in the nurses station. Where Nurse Grooms

just took a quick glance at the Plaintiff and told the officials he's alright, take him to his cell. Where instantly from the over heated cell. Within seconds after the Plaintiff was put in his cell. His head began to swell like a balloon. Where it took inmates on the wing to kick their cell doors, to get help to keep the Plaintiff from dying. When the official's came to get the Plaintiff-(The wing camera's will also show)-out of the cell to escort him to the U.C.A. Medical infirmary. The officials stop by the Lieutenant office-(Instead of taking the Plaintiff straight on to U.C.A. Medical infirmary.)- So that Lieutenant Curtis coauld make fun of the Plaintiff! When the Plaintiff gets to the U.C.A. medical infirmary. X'Rays was immediately taking, Next the Plaintiff was wheeled in a wheel chair to the dental lab for a head x'ray and was told by the dentist to the officials to immediately get him to a hospital. The Plaintiff was later transported out by ambulance to Shands hospital in gainesville florida ___ The Plaintiff wasn't written any disciplinary reports for anything he supposely done wrong on 4/27/2012 while being escorted by officer Sanchez, Officer John Doe, Officer Bell and Sergeant Jenkins, aka Sgt. Bull who attacked him...

Relief Requested continuation

Nurse Gaskins aka Lil bit are Sued $150.000 thousand for authorizing a unlawful approval in favor for Security. To have Plaintiff Sprayed with chemical agents. As well without her Presence in case of emergency as required by F.D.O.C. Policy. Knowingly the Plaintiff suffer with asthma and have serious difficulty breathing. Act in bad faith gross negligence in Violation of Plaintiff 1st., 8th., and 14th Constitution. In Violation of 944.35 F.S., 768.28 F.S., F.D.O.C. Chapter 33-404.108 (2) F.A.C. and Chapter 33-208.002 (8) F.A.C. rule. Are Sued in her individual Capacities under color of State Law.

Captain Richardo are Sued $150.000 thousand. For Violating Plaintiff 1st., 8th., and 14th constitution, and In Violation of deliberately medical indifference. For failing to Provide medical assistence for the Plaintiff injuried arm. Before he ordered the Plaintiff to be gassed. Is in Violation of 944.35 and 768.28 F.S. and F.D.O.C. Chapter 33-208.002 (8) F.A.C. rule. Are Sued in his individual Capacites under color of State Law.

Lieutenant Curtis are Sued $150.000 thousand for Plaintiff Physical injuries and emotional injuries for failing to Curb the Problems in Violation of Plaintiff 1st., 8th., and 14th Constitution of the U.S. Constitution are Sued in his individual Capacities under color of State Law.

Sergeant Maclamore are Sued $150.000 thousand for Plaintiff Physical injuries and emotional injuries in violation of Plaintiff 1st. 8th., and 14th constitution of the U.S. Constitutions are Sued in his individual Capacities under color of State Law.

Sergeant Jenkins aka Sgt. Bull are Sued $150.000 thousand for Plaintiff Physical injuries and emotional injuries in Violation of Plaintiff 1st. 8th., and 14th Constitution of the U.S. Constitutions are Sued in his individual Capacities under color of State Law.

Officer Carver are Sued $150.000 thousand for Plaintiff Physical injuries and emotional injuries in Violation of Plaintiff 1st., 8th., and 14th Constitution of the U.S. Constitutions are Sued in his individual Capacities under color of State Law.

office Bell are Sued $150.000 thousand for Plaintiff Physical injuries and emotional injuries in violation of Plaintiff 1st., 8th., and 14th Constitution of the U.S. Constitutions are Sued in his individual Capacities under color of State Law.

Officer Sanchez are sued $150.000 thousand for Plaintiff Physical injuries and emotional injuries in Violation of Plaintiff 1st., 8th., and 14th Constitution of the U.S. Constitutions are sued in his individual Capacities under Color of State Law.

Officer John Doe are sued $150.000 thousand for Plaintiff Physical injuries and emotional injuries in Violation of Plaintiff 1st., 8th., and 14th Constitution of the U.S. Constitutions are sued in his individual Capacities under Color of State Law.

Nurse Groom are sued $150.000 thousand. For Violating Plaintiff 1st., 8th., and 14th Constitution.. In Violation of deliberately medical indifference.. For failing to Properly examine Plaintiff and document all Plaintiff injuries. Are sued in her individual Capacities under Color of State Law.

All Defendents are sued $150.000 each and Jointly for Plaintiff Physical and emotional injuries in damages in their Capacities under Color of State Law. All Defendents act under Color of State law at the time of these Violations and continued to act under Color of State Law.

7 (b)

five hundred thousand dollars non-taxable, Clear any debt he owes the State, Criminal Charges brought against all the defender(s) and Prosecuted to the fullest without Prejudice, fired from the department of Corrections; Taking off Close Management Status, All Visitation Privilege be restored, A transfer to Moore Haven Private Prison or South Bay, Private Prison. – Plaintiff is requesting (Please!) a lawyer to be appointed to his case. Due to he knows nothing about Civil Law. ["All of the administrative remedies has been exhausted. Which is included with this Civil Complaint."]

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___4th___ day of ___October___, 2012.

_Eddie Troy Williams_ #B-897394

_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _____ day of ___October 4th___, 2012.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: __Williams, Eddie__ __T.__    __B-897394__    __U.C.I.__
   Last    First   Middle Initial     Number       Institution

---

### Part A – Inmate Grievance

Before you or your office is a grievance complaint of a sensitive nature filed by the grievant against the defendants that's listed ( Captain Richards, Lpn Ms. Gaskins aka Little bit, Lieutenant Curtis, Sergeant Maclamore, Sergeant Jenkins aka Sgt. Bull, officer Bell, officer Sanchez, officer (  ) John Doe ) That if this complaint be denied. It will personally affect the grievant and futher suffer the grievant more substantial risk of personal injuries, cause other serious and irreparable harm intently. Due to the nature and circumstances of the incidents that occurred between the grievant and defendants on 4/26/12 and 4/27/12 out of retaliation. That resorted the grievant to be transported by ambulance to Shands hospital in gainesville florida. Due to very serious and deadly (head face ext.) injuries that he's suffering from now, Housed in U.C.I. U.C.A. Medical Infirmary with a lost precentage vision in his left eye ( Please review grievant medical records, X'Rays and CATScan Photographics X'Rays." ) That put grievant life and safety here at U.C.I. at serious risk he's in great fear of. Due to the defendants and their relation with other employed officials here at U.C.I. - ON 4/26/12, approximately 2 p.m. or 2:30 p.m. ( to the best of the grievant knowledge) Grievant was awaken by officer Bell to pack up all of his personal property, bed linen, Take off all of his clothes except his boxershorts, Put all of his personal property, Bedlinen and Clothes on Top of his matress. Because he was being placed on 72 hour property restriction due to officer Hall finding a torn T-Shirt in his cell (D2-226S) at 9:30 a.m. While visiting with his mental health doctor, and to be ready when he comes back with officer Carver to remove the grievant out of his cell. Before officer Bell left, the grievant stated to officer Bell that, "It was impossible for officer Hall to find a torn T-Shirt in my cell when the only T-Shirt I'm required to have in my cell here in a-dormitory, is on my but! Why wasn't I placed on 72 hour property restriction after I. return back to my cell from visiting with my mental health doctor this morning if officer Hall found a torn T-Shirt in my cell ?" He was Standing on the wing when Sgt. Maclamore escorted me back to my cell and said nothing." Officer Bell then stated to the grievant he didn't know why but you should have, I think it's about a grievance you wrote on Sgt. Jenkins (aka Sgt. Bull) officer Kelly and officer Brack, I over heard this morning, for taking some batteries out of your cell, While you were participating in outdoor

__5/29/12__                __Eddie Troy Williams, DC No B-897394__
DATE                           SIGNATURE OF GRIEVANT AND D.C. #

**SEE ATTACHED**
**RESPONSE**

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: __0__ / _____
                                                                 #         Signature

---

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance must be sealed in the envelope by the inmate and processed free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: __1265-213-163__     __T.L.__
           (Date)                                                      (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE | LO G |
|---|---|---|---|
| | INMATE (2 Copies) | INMATE | SI 30 12 |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY | RI-2015 |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE | |
| | | CENTRAL OFFICE GRIEVANCE FILE | |

DC1-303 (Effective 2/05)           Incorporated by Reference in Rule 33-103.019, F.A.C.

Sir, Grievant contends that those defendents listed in the body of this complaint Purposely, deliberately with an evil intent Motive. Maliciously and Sadistically to inflict deadly bodily harm on him. The way it was done under Lieutenant Curtis Supervision in both incidents. "To violate grievant "8th amendment right". That he tried to cover up for Sergeant Maclamore on 4/26/12 (That was assign to o-dormitory) by fabricating that the grievant cut himself and declaring a PSYCH EMERGENCY. When the grievant did not decide a Psych Emergency nor did the grievant cut himself or have anything to cut himself with. Due to officer Bell and officer Carver just searched the Grievant ████ thoroughly before was ordered by Lieutenant Curtis to go back into his cell. When he (L.T.Curtis) stood there in the hallway (wing 2 upstairs o-dormitory) and watched (along with officer Bell and officer Carver) Sergeant Maclamore walked behind the grievant (As the grievant was handcuffed from behind) into his cell and assaulted him repeatedly. ON that same day afterwards. 4/26/12. Grievant Finds Captain Richardo and nurse Gaskin (aka little bit) at fault by involving themselves in favorable with Lieutenant Curtis to Purposely, deliberately with an evil intent motive, maliciously and Sadistically to inflict Pain on the grievant in using chemical agents █████████, and, Knowingly grievant has Medical Condition (ASTHMA Listed in his medical file that says NO chemical agents) and a mental health condition, under a 90 day mental health hold by the mental Health Services, and govern under the Mentally impaired (PSYCH III & IV) Title 2 americans with disabilities act of 1990 (ADA). Title 42 U.S.C. § 12131. et seq. Penn. Dept. of corrections v. Yeskey, 118 S.Ct. 1952 (1998) and needs a mental health doctor approval to initiated any form of discipline action to the grievant (That wasn't listed in the body of the two disciplinary reports the grievant received for Participating in a disturbance and destruction of State Property on 4/26/12 and found guilty of 5/9/12 thats now on appeal.)- Which is a violation Chapter 33-601.307(1)(i) and chapter 33-404.108(2) F.A.C. — ON 4/27/12 The day grievant was transported by ambulance to Shands hospital in gainesville florida. The grievant wasn't written a disciplinary report not Served a disciplinary report here in U.C.A. Medical Infirmary for anything he done wrong. To as he was Served two disciplinary reports for Participating in a disturbance and destruction of State Property for 4/26/12 here in U.C.A. Medical Infirmary and founded guilty for those disciplinary reports (thats now on appeal) 5/9/12. — Please be advise that on 4/26/12 the grievant is listing: INMATE JAMES Logan as a witness thats housed in O2-203-S, up stairs wing 2 video cameras to be reviewed, grievant himself for Regal documentation Purposes review o-dormitory downs and, up stairs wing 2 video cameras, O-dormitory yard video cameras, the handheld audio video cameras, any other video camera that views the distance from the right corner Pride building turning to left straight direction to o-dormitory yard gate or up to the Pride building from o-dormitory yard gate; and the name of the defendent listed as John Doe in the body of this complaint be revealed to be held accountable for. — Due to the defendents thats in the body of this complaint that the grievant contends violated him Purposely, deliberately, Maliciously and Sadistically with evil intent to do what was Knowingly wrongfully against his 8th amendment right to be free from cruel and unusual Punishment as State officials. —

Therefore. The grievant seeks █████ Point Seven Million dollars non-taxable, clear any debt he owes the State, released off DC and CM Status. Transferred to Moore Heaven corrections with minimum custody, with a oPPortunity to earn Community Custody and work release, and a he defendents thats listed in the body of this complaint be criminal charged and fired. Due to the right now on going Pain and suffering housed in U.C.A. Medical Infirmary, Due to very deadly Personal injuries to the grievant body; head, face, and a lost vision Percentage in the left eye and never ever be transferred back ██ ██████ CORRECTIONAL INSTITUTION AGAIN. and, visitation be restored back to him and his family as a Privilege he once had. Please be advise that if grievant complaint is denied without reasoning. A LAW SUIT WILL BE FILED ...



cc/:

recreation. But I'll tell Lieutenant Curtis you want to speak with him when I get down stairs. A few minutes later officer Bell, officer Carver, Lieutenant Curtis and Sergeant Maclamore arrived at the grievant cell door. (02-226-5) The grievant stated to Lieutenant Curtis that it was impossible for officer Hali to find a torn T-shirt (after he woke me up this morning, search my clothes I was putting on, escorted me to visit with my mental health doctor) in his cell. When the only T-shirt he was allowed to have he had on. "Why is you treating me wrong". I've never gave you or your officers any trouble since I been here at U.C.I. O-dormitory. While waiting on my 90 day mental health hold to expire". "So I be transferred back to my permanent camp Suwannee C.I.". "My room is always in compliance". "Why is you as a supervisor allowing your officers to illegally put me on 72 hour property restriction as cold as these cell rooms is from the last of winter cold we just had come in over the weekend". Lieutenant Curtis stated to the grievant he hate a snatching wit writing fucking inmate, you should've thought about that when you told on my home boys in mental health TCU and writing a fucking grievance on my officer's here. "Now cuff the fuck up or get gassed". Grievant stated to Lieutenant Curtis he had a medical and mental health condition. This what he's doing must be approve by a mental health doctor and he's requesting a garment to put on as it states in Chapter 33 F.A.C. Due to the coldness in his cell as he was being cuffed up at his cell door chow flap from behind. After grievant was removed from his cell and made to face the wall while officer Bell and officer Carver go in the grievant cell, thoroughly search it and bring all the grievant personal property, bed linen and clothes out in the middle of the hallway. Lieutenant Curtis stated to the grievant Sergeant Maclamore is fixing to give you a garment to put on. Go back in cell. While the grievant was walking his cell, (Please review O-dormitory wing 2 up stairs camera's) Sergeant Maclamore went in the grievant cell behind him. Slap the grievant repeatedly in the face and threw the grievant against the wall. Causing the grievant to injuried his left arm, while Lieutenant Curtis, officer Carver and officer Bell stood in the hallway and watched. After grievant was secured in his cell. Lieutenant Curtis stated to the grievant. "I got something else for you just in a minute". "Just hold on". "I'll be right back". "I'm gone cure your asthma so you won't have a medical condition anymore". Later Lieutenant Curtis come back with Captain Richardo who ordered officer Bell to gas the grievant. "That was illegally medically cleared by nurse Gaskin". (aka little bit) Afterwards grievant was escorted by officer Brock to U.C.A. Medical to be treated for his open injuried wound and talked with two psych counselors he didn't request to see nor declared a psych emergency (Please review grievant mental health file) and still was placed in a SHOS cell for 24 hours before being discharged by the mental health treatment team in T-dormitory 4/27/12. On 4/27/12 while the grievant was being escorted out the mental health treatment team area by officer Carter. Grievant was approuched by Captain Richardo and ask was his mind right now. When the grievant didn't respond. Captain Richardo stated to the grievant. "You don't have to answer me". "But after today you will nigga boy". "Your mind gone be right when the noon count was cleared. Officer Sanchez escorted the grievant to the gate where the canteen is to meet with O-dormitory officials to take the grievant from there back to O-dormitory. Upon arriving up to the gate where the canteen is. Lieutenant Curtis stated to Sergeant Jenkins (aka Sgt. Bull), Thats between him and the state". "Me and my captain won't business taken care of today". "Take officer Sanchez with y'all and handle that". While the grievant was walking in full body restraints, being escorted by officer Sanchez, Sergeant Jenkins (aka Sgt. Bull), officer Bell and officer C.O.1 John Doe at Pose No threat to all (4) of these officials. When grievant was turning left in the direction to O-dormitory. Grievant was slammed face forward to the pavement road, head repeatedly slammed into the pavement road. Repeatedly punched and kicked in the face, mased in his eyes, poked in the eyes with the nose can and their fingers. Repeatedly hit in the head and face with the F.D.O.C. communications' radio, kicked in the ribs on both side, step on in the chest. There was no hand helded audio camera called for after returning the grievant from where he was beaten back to O-dormitory to capture the on going beating the grievant took inside O-dormitory holding cell. In front Lieutenant Curtis, one other white shirt rank official. Nurse Gaskin (aka little bit) and every other officials that was assign to O-dormitory. That didn't try to do something about it. "Even when they saw the grievant slipping in and out of conscious". Which is a violation of Chapter 33 F.A.C. USE OF FORCE and Chapter 33 F.A.C. Personnel) After grievant was being brought out of the holding cell. The camera will show grievant in a life or death matter taking up stairs to wing 2 to make mocking of and get a point across to other inmates. Placed into his old cell. (02-226-5) Minutes before he was escorted to U.C.A Medical and transported out to Shands hospital

1205-163

**PART B - RESPONSE**

| WILLIAMS, EDDIE | 897394 | 1205-213-163 | UNION C.I. | R1201S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated. The issue of your complaint has been referred to Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling.

As action has been initiated, you may consider your request for administrative remedy approved from that standpoint.

C. Brown                                    B. V. Reddish

6-7-12

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**MAILED**

**JUN 1 1 2012**

**UCI GRIEVANCE OFFICE**

```
ISSO150 (01)              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:     1
                          CHARGING DISCIPLINARY REPORT
                              LOG # 213-120711
--------- --- ------------------------------------- ---------------------------
DC#: 897394    INMATE NAME: WILLIAMS, EDDIE T.            INFRACTION
VIOLATION CODE: 0071   TITLE: DEST. OF ST. PROP.          DATE: 04/26/12
FACILITY CODE: 213     NAME: UNION C.I.                   TIME: 09:30
------------------------------------------------------------------------------
```

I.    STATEMENT OF FACTS
      AT APPROXIMATELY 0930 HOURS, ON THURSDAY, APRIL 26, 2012,
      WHILE ASSIGNED AS A SECURITY OFFICER IN O DORM, I WAS
      CONDUCTING A SEARCH OF CELL O2-226S, WHICH HOUSES INMATE
      WILLIAMS, EDDIE #897394. DURING THE SEARCH I DISCOVERED THAT
      HE HAD TORN UP HIS STATE ISSUED WHITE T-SHIRT. IT SHOULD BE
      NOTED THAT INMATE WILLIAMS WAS PLACED ON 72 HOUR PROCEDURAL
      SECURITY ENHANCEMENT. INMATE WILLIAMS IS BEING CHARGED WITH
      7-1 (DESTRUCTION OF STATE PROPERTY), RULES OF PROHIBITED
      CONDUCT. THE REPLACEMENT COST OF THE TORN STATE ISSUED WHITE
      T-SHIRT IS $1.65, PER THE INSTITUTIONAL RESTITUTION PRICE
      LIST. THIS INCIDENT WAS REFERRED TO THE SHIFT SUPERVISOR FOR
      FURTHER DISPOSITION.
      THE SHIRT WAS RETURNED TO THE LAUNDRY FOR DISPOSAL.


      REPORT WRITTEN: 04/26/12, AT 12:00       BY: HL029 - HALL, LANDON
---- ------------------------------------------------------------- -----------

II.   INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: _5_/_7_/12_, AT _13_:_00_

          NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
          EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
          NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
          33-6.1, FLORIDA ADMINISTRATIVE CODE.

                   DELIVERED BY : _CB2L____ - _8 Cell_____
-------------------------------------------------------------------------------
NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:
------------------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
---------------------------------------------------------------------------

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.
------------------------ -------------------------------------- ------

```
                    FLORIDA DEPARTMENT OF CORRECTIONS          04/26/2012
ISS0150 (01)           CHARGING DISCIPLINARY REPORT                          PAGE:    1
                            LOG # 213-120712
-------------------------------------------------------------------------------
DC#: 897394    INMATE NAME: WILLIAMS, EDDIE T.                 INFRACTION
VIOLATION CODE: 0023    TITLE: PART.IN DISTURBANCE            DATE: 04/26/12
FACILITY CODE: 213    NAME:  UNION C.I.                       TIME: 14:12
-------------------------------------------------------------------------------
```

I.   STATEMENT OF FACTS
     AT APPROXIMATELY 1412 HOURS, ON THURSDAY, APRIL 26, 2012,
     WHILE ASSIGNED AS THE ADMINISTRATIVE SERGEANT IN O DORM, I
     RESPONDED TO A LOUD DISTURBANCE COMING FROM WING TWO
     UPSTAIRS. UPON APPROACHING THE WING I OBSERVED INMATE
     WILLIAMS, EDDIE #897394, HOUSED IN CELL O2-226S, KICKING ON
     HIS CELL DOOR AND YELLING OBSCENITIES DOWN THE CONFINEMENT
     WING. I ORDERED INMATE WILLIAMS TO CEASE HIS DISORDERLY
     BEHAVIOR, TO WHICH HE REFUSED TO COMPLY AND STATED "FUCK
     YOU, BRING IT ON"! I AGAIN ORDERED INMATE WILLIAMS TO CEASE
     HIS DISORDERLY BEHAVIOR, TO NO AVAIL. IT SHOULD BE NOTED
     THAT THIS INCIDENT RESULTED IN A USE OF FORCE. INMATE
     WILLIAMS IS BEING CHARGED WITH 2-3(CREATING A MINOR
     DISTURBANCE), RULES OF PROHIBITED CONDUCT. THIS INCIDENT WAS
     REFERRED TO THE SHIFT SUPERVISOR FOR FURTHER DISPOSITION.


     REPORT WRITTEN: 04/26/12, AT 16:00      BY: JME07 - JENKINS, M. E.
-------------------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: _5_/_7_/12_, AT _13_:_00_

           NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
           EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
           NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
           33-601, FLORIDA ADMINISTRATIVE CODE.

                  DELIVERED BY : _CoJU_    - _3 Colla_
-------------------------------------------------------------------------------

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:
-------------------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
-------------------------------------------------------------------------------

## INMATE REQUEST

DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

07-12-118

| TO: (Check One) | ☑ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
| --- | --- | --- | --- | --- |
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
| --- | --- | --- | --- | --- | --- |
| | Eddie Aroy Williams | B-897394 | 02-216-S | N/A | 7/10/12 |

**REQUEST**                         Check here if this is an informal grievance ☑

Grievant has submitted an informal grievance before you at your office towards the inspector. That if this complaint is denied. It will further the grievant to more Substantial risk of personal injuries cause other Serious and imparable harm intently. Due to being denied to participate in the investigation of log #1205-213-163 (please review grievant grievance complaint on record in your office Log# 1205-213-163) That should've been completed long ago by now and forwarded along with other administrative reports by the warden to the inspector general office for appropriate action. That concern with log# 1205-213-163 which is a violation of F.D.O.C. F.A.C. Rules and 944-F.S... Therefore, and please be advise that grievant never refused to participate in the investigation nor is his signature is signed on any refusal nor was he brought a refusal form to sign. Grievant is asking for participation to be

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

----

**DO NOT WRITE BELOW THIS LINE**

RECEIVED JUL 1 2 2012

**RESPONSE** Forward C. Brown                DATE RECEIVED: _____

Review for #1205-213-163 was a disciplinary report complaint that was forwarded to the inspector office for review and it still currently being reviewed in the Use of Force unit. If it is necessary to personally interview you then and inspector will interview you.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is ~~returned~~, (Denied), or ~~approved~~). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.|

| Official (Signature): | C. Brown | Date: | 7/12/12 |
| --- | --- | --- | --- |

Original: Inmate (plus one copy)

CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09) (Technical Change 1/6/10)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From: Williams, Eddie .J        B-897394        UNION CORR. INST.
    Last    First    Middle Initial        Number         Institution

---

Part A – Inmate Grievance      12-6-22194

Grievant has Submitted a grievance of a Sensitive Nature in good faith concerning the result of his approved grievance under log # 1205-213-163 That was forwarded to the inspector general office for a complete investigation to be conducted alone with all video cameras footages, Including the hand held camera on April 26, 2012 and April 27, 2012 to be saved for litigation evidence accordance with Chapter 33.602.033 (4) (10), (12) Policy. That if this complaint be denied. Grievant will suffer more substantial risk of personal injuries, cause other serious and imparable harm. Due to the nature and circumstances of the incidents occurred out of retaliation from 4/26/12 to 4/27/12. That resorted the grievant to be transported out by ambulance to Shands hospital in gainesville florida. From being deadly assaulted by U.C.I. Prison guards listed in the body of his approved (attached) grievance complaint. Grievant contend as of yet he haven't Seen or heard from anybody from the inspector general office in regards to the investigation thats due for a response by rule of Chapter 33.602.210 (11) Meaning that the investigation been underway by the inspector general office

Grievant is asking for a response in regards to complaint log # 1205-213-163 from the inspector general office within the time frame of this complaint Provided by Chapter 33 F.A.C.

### ALL REMEDIES HAS BEEN EXHAUSTED TO THE APPROVED GRIEVANCE UNDER LOG NO. # 1205-213-163

June 25, 2012
DATE

Eddie Troy Williams DC No # B-897394
SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    O / _____
                                                             #          Signature

#### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 7/18/12      Institutional Mailing Log #: _____                                   
                  (Date)                                                                (Received By)

DISTRIBUTION:        **INSTITUTION/FACILITY**          **CENTRAL OFFICE**
                        INMATE (2 Copies)                 INMATE
                        INMATE'S FILE                   INMATE'S FILE - INSTITUTION/FACILITY
                        INSTITUTIONAL GRIEVANCE FILE       CENTRAL OFFICE INMATE FILE
                                                          CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

JUL 1 8 2012

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden      ☐ Assistant Warden      ☑ Secretary, Florida Department of Corrections

From: Williams, Eddie J          B-897394          Union Corr. Inst.
   Last   First   Middle Initial          Number          Institution

---

Part A – Inmate Grievance          12-6-22195

Grievant has re-submitted his grievance complaint of a Sensitive Nature in good faith before you once more. Due to No response attached to grievant orginal attached grievance Complaint from your office." Which is a Violation of F.D.O.C. grievance Procedure" That if this complaint is denied, Grievant Will suffer more Substantial risk of personal injuries, cause other serious and imparable harm...

Sir Grievant approved grievance complaint that was forwarded to the inspector general office for a thorough investigation to be conducted under Log# 1205-213-163, That resulted the grievant to be transported by ambulance to Shands hospital in gainesville florida...

Sir Grievant haven't Seen or heard from the institution inspector nor the inspector general office about the investigation. Nor was grievant interviewed by the institution inspector to participate in the investigation before grievant ever wrote the grievance Complaint (Log# 1205-213-163) That he has a right to participate in by F.D.O.C. policy, rule and regulations. Such as give his testimony and names of witness etc on his behalf. Please see Chapter 33-602.210 (11) F.A.C.

Sir Grievant is requiring a response in regards to Complaint log Nu# 1205-213-163 from the inspector general office by rule of F.D.O.C....

ALL REMEDIES HAS BEEN EXHAUSTED TO THE APPROVED GRIEVANCE UNDER LOG NO.# 1205-213-163

---

July 14, 2012                    Eddie Troy Williams #B-897394
DATE                    SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  ☐ /_____
                    #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 7/13/2012      Institutional Mailing Log #: 120198          K. Barnett  NF
          (Date)                    (Received By)

DISTRIBUTION:     INSTITUTION/FACILITY          CENTRAL OFFICE
          INMATE (2 Copies)          INMATE
          INMATE'S FILE          INMATE'S FILE - INSTITUTION/FACILITY
          INSTITUTIONAL GRIEVANCE FILE          CENTRAL OFFICE INMATE FILE
                    CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

MAILED/FILED

JUL 2 4 2012

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILLIAMS, EDDIE | 897394 | 12-6-22195 | SUWANNEE C.I | G32141 |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated.  Please be advised the grievance process is not to be utilized to ask questions, seek information, guidance or assistance.

Contact the institutional inspector or write the Inspector General's Office for information.

Your request is returned without action.

S. Milliken

---

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

MAILED/FILED

JUL 2 4 2012

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILLIAMS, EDDIE | 897394 | 12-6-22194 | SUWANNEE C.I | G32141 |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. Please be advised the grievance process is not to be utilized to ask questions, seek information, guidance or assistance.

Contact the institutional inspector or write the Inspector General's Office for information.

Your request is returned without action.

S. Milliken

---

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding